# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ANDRE MARTIN, <br><br> Defendant. | 1:25-cr-00693-3 <br><br> District Judge Perry <br> Magistrate Judge McShain |

### ORDER

Initial appearance and arraignment held on 11/12/2025. Defendant self-surrendered on 11/12/2025. Retained counsel Attorney Terence H. Campbell appears on behalf of the Defendant. Defendant informed of the charges against him in the Indictment and the maximum possible sentence/fine if convicted of the charges. Defendant acknowledged receipt of the Indictment; waived formal reading of the Indictment; and, entered a plea of not guilty to the Indictment. The Government and Defendant agree on certain conditions of release. Defendant released on a $4,500 appearance bond with conditions. Enter Order Setting Conditions of Release. Rule 16.1(a) conference to be held by 11/19/2025. Status hearing is set before Judge Perry on 12/04/2025 at 10:30 a.m. The Government's unopposed oral motion to exclude time is granted. The time from 11/12/2025 through 12/04/2025 is excluded under 18 U.S.C. § 3161(h)(7) to serve the ends of justice. Excluding time will permit the parties to review discovery materials and allow the time that is reasonably necessary for effective preparation. Such delay outweighs the interests of the public and the Defendant in a speedy trial, particularly at this early stage of the case. Pursuant to Fed. R. Crim. P. 5(f)(1), the Court confirmed the continuing obligation of the United States to disclose information favorable to the Defendant as to guilt or punishment, and possible consequences of nondisclosure. For further details, please see the attached written order. Defendant is to report to the 24th Floor of the U.S. U.S. Marshals Office to be processed by the U.S. Marshals Office.

IA: 15
AR:05

_____
**HEATHER K. McSHAIN**
**United States Magistrate Judge**

**DATE: November 12, 2025**