## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.

Michael Rabbitt, et al.

Defendant.

Case No.: 1:25−cr−00693
Honorable April M. Perry

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 21, 2026:

     MINUTE entry before the Honorable April M. Perry: The Government has indicated that it is attempting to obtain the relevant grand jury transcripts requested by Defendants to provide to the Court for an in camera inspection. The Government's motion for an extension of time to submit the transcripts to the Court by 4/23/2026 [121] is granted. Defendants' motion to compel [118] is granted, insofar as the Court will conduct an in camera review of the transcripts and make a determination as to whether disclosure to Defendants is appropriate. Mailed notice. (jcc,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at **www.ilnd.uscourts.gov**.