UNITED STATES OF AMERICA

                                        Plaintiff,

v.                                                  Case No.: 1:25–cr–00693
                                                    Honorable April M. Perry

Michael Rabbitt, et al.

                                        Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 9, 2026:

        MINUTE entry before the Honorable April M. Perry: Status hearing held 6/9/2026. The Court authorizes the release of the Grand Jury Transcripts from 10/9/2025, 10/16/2025, and 10/23/2025, for the reasons stated in open court. The transcript redactions agreed to by the parties are appropriate, with the exception of the proposed redaction of "USA (inaudible)" which may be an inaccurate transcription, but has already been publicly released in a Special Report issued by the U.S. Attorney. See https://www.justice.gov/usao–ndil/media/1443716/dl . For now, the witness testimony from 10/9/2025 should remain under seal, pending supplemental briefing by any defendant filed by 6/10/2026. Defendants are authorized to file the aforementioned transcripts on the public docket with the appropriate redactions made. Defendants are further authorized to share the audio recordings with counsel for Sharp and Walsh. Mailed notice. (jcc,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.